NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Elizabeth Yang, SBN 249713
Kat Kazemi, Of Counsel, SBN 225006
YANG LAW OFFICES, P.C.
199 W. Garvey Ave., Suite 201
Monterey Park, CA 91754
Telephone: 877-492-6452
Facsimile: 626-988-8827

ATTORNEY(S) FOR: Plaintiff, Brainstorm Corporation dba Skytech G

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRAINSTORM CORPORATION dba SKYTECH GAMING, a Delaware corporation,

Plaintiff(s),

v.

SKYTECH USA LLC, a Florida limited liability company; WENXI ("DANIEL") WANG, an individual; and DOES 1-10, inclusive,

Defendant(s)

CASE NUMBER:

2:25-cv-10786

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Brainstorm Corporation dba Skytech Gaming
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Brainstorm Corporation d/b/a Skytech Gaming | Plaintiff. Privately held Delaware corporation doing business as Skytech Gaming, with its principal place of business in California. No parent corporation or publicly held entity ow |
| 2. Skytech USA LLC | Defendant in this action. Defendant in this action. Florida limited-liability company alleged to have infringed Plaintiff's trademarks. |
| 3. Wenxi ("Daniel") Wang | Defendant in this action. Alleged managing officer / decision-maker of Skytech USA LLC and alleged to have personally directed the infringing activities. |
| 4. InCorp Services, Inc. | Registered agent for Defendant Skytech USA LLC |

November 10, 2025
Date

/s/ Elizabeth Yang
Signature

Attorney of record for (or name of party appearing in pro per):

Elizabeth Yang , Attorneys for Plaintiff

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES